

FILED
10:39 am, 5/11/21
U.S. Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING

|  |  |
|---|---|
| WESTERN WATERSHEDS PROJECT, et al., | ) ) ) |
| *Petitioners*, | ) ) ) |
| v. | ) ) No. 1:20-cv-00067-NDF |
| VICKI CHRISTIANSEN, et al., | ) ) ) |
| *Respondents*, | ) ) ) |

## ORDER GRANTING LEAVE TO FILE AMICUS CURIAE BRIEF

Having received no objection, and after consideration of the motion filed herein by Movants Scientists Group, the Court finds good cause to GRANT leave for the requested filing of the proposed *amicus curiae* brief.

NOW, THEREFORE, IT IS ORDERED that Movants Scientists Group shall file their *Amicus Curiae* brief on or before May 14, 2021.

Dated this 11th day of __May___, 2021.

_____
Hon. Kelly H. Rankin
Chief United States Magistrate Judge