James Kaste, WSB No. 6-3244
Deputy Attorney General
Wyoming Attorney General's Office
109 State Capitol
Cheyenne, WY  82002
(307) 777-7895 (phone)
(307) 777-3542 (fax)
james.kaste@wyo.gov

*Counsel for Intervenor-Respondent State of Wyoming*

## IN THE IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| WESTERN WATERSHEDS PROJECT, SIERRA CLUB, WYOMING WILDLIFE ADVOCATES and GALLATIN WILDLIFE ASSOCIATION,<br><br>Petitioners,<br><br>v.<br><br>VICKI CHRISTIANSEN, Chief U.S. Forest Service, and SONNY PERDUE, Secretary of Agriculture,<br><br>Respondents, and<br><br>STATE OF WYOMING,<br><br>Intervenor-Respondent. | Case No.  1:20-cv-00067-NDF<br><br>**INTERVENOR-RESPONDENT STATE OF WYOMING'S NOTICE OF APPEAL TO THE UNITED STATES COURT OF APPEALS FOR THE TENTH CIRCUIT** |

Intervenor-Respondent State of Wyoming hereby appeals to the United States Court of Appeals for the Tenth Circuit this Court's September 21, 2021 Order Affirming in Part and Reversing and Remanding in Part Agency Action (ECF No. 68), and Judgment in a Civil Action (ECF No. 69).

//

//

Dated this 6th day of December, 2021.

/s/ James Kaste
James Kaste, WSB No. 6-3244
Deputy Attorney General
Wyoming Attorney General's Office
109 State Capitol
Cheyenne, WY  82002
(307) 777-7895 (phone)
(307) 777-3542 (fax)
james.kaste@wyo.gov

*Counsel for Intervenor-Respondent State of Wyoming*

## CERTIFICATE OF SERVICE

I certify that on this 6th day of December 2021, I electronically filed the foregoing with the Clerk of the U.S. District Court for the District of Wyoming and served all parties using the CM/ECF system.

*/s/* James Kaste